UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:06-CR-0083-PMP-LRL |
| ) | |
| v. ) | |
| ) | |
| DAVID GLENN EVANS, ) | O R D E R |
| ) | |
| Defendant. ) | |

On July 10, 2006, the Honorable Lawrence R. Leavitt entered a Report and Recommendation (#29) recommending the denial of Defendant's Motion to Suppress Evidence and Statements (#21). No Objections to the Magistrate Judge's Report and Recommendation were filed in accordance with LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and on July 31, 2006, Defendant Evans entered a guilty plea before this Court.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and LR IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#29) is affirmed, and Defendants' Motion to Suppress (#21) is denied.

DATED: July 31, 2006

_____
PHILIP M. PRO